CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
  Edward D. Chapin (SBN: 053287)
  echapin@cfsblaw.com
  Francis A. Bottini, Jr. (SBN: 175783)
  fbottini@cfsblaw.com
  Keith M. Cochran (SBN: 254346)
  kcochran@cfsblaw.com
550 West C Street, Suite 2000
San Diego, California  92101
Tel:   (619) 241-4810
Fax:  (619) 955-5318

Attorneys for Plaintiff and the Classes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DOUGLAS J. CAMPION, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INTERNATIONAL CORPORATION, a Delaware corporation, OLD REPUBLIC HOME PROTECTION COMPANY, INC., a California corporation, OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a Minnesota corporation, MISSISSIPPI VALLEY TITLE INSURANCE COMPANY, a Mississippi corporation, AMERICAN GUARANTY TITLE INSURANCE COMPANY, an Oklahoma corporation, and REPUBLIC MORTGAGE INSURANCE COMPANY, a North Carolina corporation,<br><br>        Defendants. | Case No. C 12-00443 RS<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING HEARING AND BRIEFING ON DEFENDANTS' MOTION TO DISMISS AS MODIFIED BY THE COURT<br>(Civil L.R. 6-2)<br><br>Judge: The Honorable Richard G. Seeborg<br><br>Date Complaint Filed:  January 27, 2012 |

Plaintiff DOUGLAS J. CAMPION on behalf of himself and others similarly situated ("Plaintiff") and Defendants OLD REPUBLIC INTERNATIONAL CORPORATION, OLD

-1-
STIPULATION AND ORDER RE: EXTENSION OF TIME
Case No. C 12-00443 RS

1  REPUBLIC HOME PROTECTION COMPANY, INC., OLD REPUBLIC NATIONAL TITLE
2  INSURANCE COMPANY, MISSISSIPPI VALLEY TITLE INSURANCE COMPANY,
3  AMERICAN GUARANTY TITLE INSURANCE COMPANY, and REPUBLIC MORTGAGE
4  INSURANCE COMPANY (collectively referred to as "Defendants") stipulate as follows:

5  Plaintiff and Defendants hereby agree and stipulate that the hearing on Defendants' pending
6  motion to dismiss shall be continued thirty (30) days;

7  Thus, the hearing on Defendants' Motion to Dismiss shall be continued from May 10, 2012
8  to ~~June 14, 2012~~;  June 21, 2012 at 1:30 p.m.

9  Plaintiff's opposition to Defendants' Motion to Dismiss shall be due fourteen (14) days prior
10 to the continued hearing date or by May 31, 2012;

11 Defendants' reply in support of their Motion to Dismiss shall be due seven (7) days prior to
12 the continued hearing date or by June 7, 2012.

13 IT IS HEREBY STIPULATED.

15 Dated:  April 12, 2012                                **CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP**

18                                                      By:   /S/ Francis A. Bottini, Jr.
                                                        Francis A. Bottini, Jr.
19                                                      Attorneys for Plaintiff DOUGLAS J.
                                                        CAMPION

Dated:  April 12, 2012                                              **FOLEY & LARDNER LLP**

                                        By:   /S/ Eileen R. Ridley
                                           Eileen R. Ridley
Attorneys for Defendants OLD REPUBLIC INTERNATIONAL CORPORATION, OLD REPUBLIC HOME PROTECTION COMPANY, INC., OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, MISSISSIPPI VALLEY TITLE INSURANCE COMPANY, AMERICAN GUARANTY TITLE INSURANCE COMPANY, and REPUBLIC MORTGAGE INSURANCE COMPANY

Pursuant to General Order No. 45 Section X(B), all signatories concur in filing this stipulation.

Dated: April 12, 2012                                              By:  /s/ *Francis A. Bottini, Jr.*
                                                      Francis A. Bottini, Jr.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 17, 2012

By: _____
Honorable Richard G. Seeborg
U.S. District Court Judge