IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DOUGLAS J. CAMPION,

    Plaintiff,

v.

OLD REPUBLIC INTERNATIONAL CORPORATION, et al.,

    Defendants.

No. C 12-0443 RS

**JUDGMENT**

Based on the order granting defendants' motion to dismiss filed this date, judgment is hereby entered in favor of all defendants and against plaintiff Douglas J. Campion. This judgment is without prejudice to Campion's re-filing in state court only with respect to his claim against defendant Old Republic Home Protection Company under California Business and Professions Code § 17200 (the first "cause of action" in the complaint), and the portions of his requests for declaratory and injunctive relief related thereto. Nothing in this judgment affects the rights of any persons other than Campion who may have been within the putative classes described in the complaint.

IT IS SO ORDERED.

Dated: 7/10/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1